565 U.S. 1078, 132 S. Ct. 815, 181 L. Ed. 2d 525, 2011 U.S. LEXIS 8820.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit granted. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 634 F.3d 1131.

**No. 11-148. Marvin L. Beauchamp, Petitioner v. Wisconsin.**

565 U.S. 1078, 132 S. Ct. 814, 181 L. Ed. 2d 525, 2011 U.S. LEXIS 8824.

December 5, 2011. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

Same case below, 333 Wis. 2d 1, 796 N.W.2d 780.

**No. 11-207. Brigid Bailey, Individually and as the Personal Administrator for the Estate of Joseph Paul Bailey, Deceased, and as Guardian ad Litem for Samuel P. Bailey, Paul F. Bailey, and Meghan Bailey, Petitioner v. United States.**

565 U.S. 1079, 132 S. Ct. 814, 181 L. Ed. 2d 525, 2011 U.S. LEXIS 8678.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 623 F.3d 855.

**No. 11-260. Esther Hall, Petitioner v. Kathleen Sebelius, Secretary of Health and Human Services.**

565 U.S. 1079, 132 S. Ct. 815, 181 L. Ed. 2d 525, 2011 U.S. LEXIS 8711.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 640 F.3d 1351.

**No. 11-266. Donald R. Masias, Petitioner v. Kathleen Sebelius, Secretary of Health and Human Services.**

565 U.S. 1079, 132 S. Ct. 815, 181 L. Ed. 2d 525, 2011 U.S. LEXIS 8826.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 634 F.3d 1283.

**No. 11-269. Blackstone Medical, Inc., Petitioner v. United States ex rel. Susan Hutcheson.**

565 U.S. 1079, 132 S. Ct. 815, 181 L. Ed. 2d 525, 2011 U.S. LEXIS 8767.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 647 F.3d 377.